1   James A. Du Charme (SBN 61002)
    DU CHARME & COHEN
2   610Tisdale Avenue – Mare Island
    Vallejo, CA 94592-1123
3   707 556 3099
    888 688 4170 (e-fax)
4   jducharme@pacbell.net
5   Attorney for Plaintiff Timothy M. Callison

6   Claudia M. Quintana SBN 178613
    Furah Z. Faruqui SBN 233083
7   Office of the City Attorney,
    555 Santa Clara Street, P.O. Box 3068
8   Vallejo, CA  94590
9   Tel:    (707) 648-4545
    Fax:    (707) 648-4687
10  Furah.Faruqui@cityofvallejo.net
11  Attorney for Defendant City of Vallejo

12  Dale L. Allen, Jr. SBN 145279
    Allen, Glaessner, Hazelwood and Werth
13  180 Montgomery St Ste 1200
    San Francisco, CA 94104
14  415 697-3456
15  415 813 2045
    dallen@aghwlaw.com
16  Attorney for Defendant County of Napa,
17  City of American Canyon, Officer Schneider

18              UNITED STATES DISTRICT COURT

19              EASTERN DISTRICT OF CALIFORNIA

20  TIMOTHY M. CALLISON,                )   Case No.: 2:15-CV-00116-WBS-KJN
                                        )
21              Plaintiff,              )
                                        )   **JOINT STIPULATION FOR LEAVE TO**
22  vs.                                 )   **FILE FIRST AMENDED COMPLAINT;**
                                        )   **[PROPOSED] ORDER**
23                                      )
    CITY OF AMERICAN CANYON, CITY OF    )
24  VALLEJO, COUNTY OF NAPA, OFFICER    )   Courtroom:  5 Judge William B. Shubb
    SCHNEIDER, AND                      )
25  DOES 1 – 100, INCLUSIVE;            )
                                        )   ACTION FILED:  October 9,  2014
26              Defendants.             )   DATE REMOVED:  January 15, 2015
                                        )   TRIAL DATE:  August 9, 2016
27                                      )

28

**Case No: 2:15-cv-00116 –WBS-KJN**          **STIPULATION FOR LEAVE TO FILE FIRST**
                                             **AMENDED COMPLAINT; [PROPOSED]**
                                             **ORDER**

                                                                    Page 1

1.     The parties, Plaintiff Timothy M. Callison and Defendants City of American Canyon, City of Vallejo, County of Napa and Officer Brett Schneider, by and through their designated counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2) hereby jointly stipulate and request that the Court grant Plaintiff leave to file a First Amended Complaint in this action, a true and correct copy of which is attached as Exhibit A hereto.

2.     Plaintiff filed his complaint on October 9, 2014, in Solano County Superior Court;

3.     On January 15, 2015, Defendants removed plaintiff's complaint to the Eastern District of California;

4.     On January 22, 2015, Defendants, respectively, filed their Answers to Plaintiff's complaint;

5.     In response to Interrogatories Plaintiff recently learned that the medical provider at the Napa County Correctional Facility is a third party vendor, California Forensic Medical Group.

6.     Until recent discussion between plaintiff's counsel and Adam Abel, former counsel for defendant Napa County, neither counsel had been aware of California Forensic Medical Group (CFMG). The parties had been under the impression that medical care within the Napa County jail was provided by Napa County employees.  Responses to Interrogatories confirmed the identity of CFMG and subsequent communications amongst counsel produced the consensus, given the allegations in Plaintiff's complaint, that good cause exists for Plaintiff to amend his complaint and add CFMG as a defendant.

7.     Defendants waive notice and service of the First Amended Complaint and shall not be required to answer the amendment, but each of the aforementioned parties has the option to either 1) file a responsive pleading (within two weeks of the First Amended Complaint being filed), or 2) elect to treat all of that party's denials, responses, and affirmative defenses contained in the applicable Answer filed herein as responsive to the First Amended Complaint.

8.     Concurrent with this stipulation for leave for Plaintiff to file a First Amended Complaint, the parties, by and through their counsel, are filing their joint "Stipulation to Alter / Vacate Pretrial Scheduling Order" therein requesting a new pretrial scheduling conference.

Case No: 2:15-cv-00116 –WBS-KJN                    **STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

9.     The parties have met and conferred regarding the allegations contained in plaintiff's proposed First Amended Complaint

**NOW, THEREFORE,** the parties hereby stipulate and request that the Court grant plaintiff leave to file a First Amended Complaint in this action, a true and correct copy of which is attached as Exhibit A hereto.

**IT IS SO STIPULATED.**

DATED:  November 4, 2015

Respectfully submitted,
/s/ *Furah Z. Faruqui*
FURAH Z. FARUQUI
Deputy City Attorney
Attorney for Defendant,
CITY OF VALLEJO,

DATED:  November 4, 2015

/s/ *James A. Du Charme*
JAMES A. DU CHARME
DU CHARME & COHEN
Attorney for Plaintiff,
TIMOTHY M. CALLISON

DATED:  November 4, 2015

/s/ *Dale L. Allen*
DALE L. ALLEN
ALLEN, GLAESSNER, HAZELWOOD & WERTH
Attorney for Defendants,
COUNTY OF NAPA, CITY OF AMERICAN
CANYON AND OFFICER SCHNEIDER

I hereby attest / certify that I have been authorized by the above named counsel, Dale L. Allen and Furah Z. Faruqui, to file this **JOINT STIPULATION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

Executed on this 4th day of November, 2015, at Vallejo, California.

James A. Du Charme

1

2          PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

Dated:  November 5, 2015

4

5                                        _____
                                         WILLIAM B. SHUBB
6                                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Case No: 2:15-cv-00116 –WBS-KJN                    **STIPULATION FOR LEAVE TO FILE FIRST
                                                   AMENDED COMPLAINT; [PROPOSED]
                                                   ORDER**