1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TIMOTHY M. CALLISON,                        No.  2:15-cv-0116 WBS DB

12                  Plaintiff,

13         v.                                     ORDER TO SHOW CAUSE

14   CITY OF AMERICAN CANYON; CITY
     OF VALLEJO; COUNTY OF NAPA;
15   OFFICER BRETT SCHNEIDER; and
     CALIFORNIA FORENSIC MEDICAL
16   GROUP,

17                  Defendants.

18

19         On December 2, 2016, defendants filed a motion to compel plaintiff's deposition and

20   noticed the motion for hearing before the undersigned on December 23, 2016, in compliance with

21   Local Rule 302(c)(1).  Defendants' motion alleges that plaintiff has repeatedly failed to appear for

22   noticed depositions and seeks an order compelling plaintiff to appear for a deposition and to pay

23   $4,674.05 in sanctions.  (ECF No. 28 at 1.)  Pursuant to Local Rule 251(e), plaintiff's counsel was

24   to file a response to defendants' motion on or before December 16, 2016.  Plaintiff's counsel,

25   however, has failed to file a timely response to defendants' motion.

26   ////

27   ////

28   ////

                                                 1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1)  The December 23, 2016 hearing of defendants' motion to compel (ECF No. 27) is

3    vacated; and

4    2)  Within seven (7) days of the date of this order, plaintiff's counsel shall show cause in

5    writing as to why defendants' motion should not be granted, as well as good cause for failing to

6    file a timely response to defendants' motion.

7    Dated:  December 19, 2016

8

9    _____

10   DEBORAH BARNES
     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23   DLB:6
     DB\orders\orders.civil\callison0116.osc
24

25

26

27

28

2