UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. CALLISON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN CANYON; CITY OF VALLEJO; COUNTY OF NAPA; OFFICER BRETT SCHNEIDER; and CALIFORNIA FORENSIC MEDICAL GROUP,<br><br>Defendants. | No. 2:15-cv-0116 WBS DB<br><br>ORDER |

On December 2, 2016, defendants filed a motion to compel plaintiff's deposition and noticed the motion for hearing before the undersigned on December 23, 2016, in compliance with Local Rule 302(c)(1). Defendants' motion alleges that plaintiff has twice failed to appear for noticed depositions and seeks an order compelling plaintiff to appear for a deposition and to pay defendants $4,674.05 in sanctions. (ECF No. 28 at 1.) After plaintiff's counsel failed to file a timely response to defendants' motion, on December 20, 2016, the undersigned issued an order requiring plaintiff's counsel to show good cause in writing within seven days as to why defendants' motion should not be granted, as well as good cause for failing to timely file a response to defendants' motion. (ECF No. 32.)

////

1

On December 21, 2016, plaintiff's counsel filed a notice to withdraw and noticed the motion for hearing before the assigned District Judge on January 23, 2017.  (ECF No. 33.)  On December 23, 2016, plaintiff's counsel filed a response to the December 20, 2016 order to show cause.  (ECF No. 37.)  Therein, plaintiff's counsel acknowledges that plaintiff "failed to attend his deposition," on November 2, 2016.[1]  (Id. at 1.)

Accordingly, IT IS HEREBY ORDERED that:

1) Defendants' December 2, 2016 motion to compel (ECF No. 27) is granted;

2) Within thirty-five (35) days of the date of this order plaintiff shall appear for his deposition; and

3) Defendants' request for $4,674.05 in sanctions for plaintiff's repeated failure to appear at his deposition is held in abeyance pending plaintiff's appearance at his deposition in compliance with this order.[2]

Dated:  December 29, 2016

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\callison0116.mtc.grt

---

[1] Plaintiff's counsel also states that he believed he "was to be relieved of representation," by plaintiff and that "in the absence of communication with Plaintiff," counsel "was (and is) uncertain of what, if anything Plaintiff wished to present in response to the Motion to Compel." (ECF No. 37 at 2.)  Plaintiff's counsel is reminded that he is counsel of record unless and until the time the court grants his withdrawal.  Moreover, all attorneys appearing before this court shall comply with the Local Rules.

[2] Plaintiff and plaintiff's counsel are reminded that Rule 37 of the Federal Rules of Civil Procedure provides that the court may order that any sanctions be paid by "the party failing to act, the attorney advising that party, or both . . . ."