UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY M. CALLISON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF AMERICAN CANYON, CITY OF VALLEJO, COUNTY OF NAPA, OFFICER SCHNEIDER, AND<br>DOES 1 – 100, INCLUSIVE;<br><br>    Defendants. | Case No.: 2:15-CV-00116-WBS-DB<br><br>**JOINT STIPULATION TO ALTER / VACATE PRETRIAL SCHEDULING ORDER; MODIFY ORDER COMPELLING DEPOSITION OF PLAINTIFF AND [PROPOSED] ORDER**<br><br>Courtroom:  5 Judge William B. Shubb<br><br>ACTION FILED:  October 9, 2014<br>DATE REMOVED:  January 15, 2015<br>TRIAL DATE:  August 9, 2016 |

IDENTIFICATION OF STIPULATING PARTIES AND THEIR RESPECTIVE COUNSEL APPEAR OF PAGE 2 OF THIS STIPULATION

Case No: 2:15-cv-00116 –WBS-DB  **STIPULATION TO ALTER PRETRIAL SCHEDULING ORDER; MODIFICATION OF ORDER COMPELLING DEPOSITION AND [PROPOSED] ORDER**

Page 1

James A. Du Charme (SBN 61002)
DU CHARME & COHEN
610Tisdale Avenue – Mare Island
Vallejo, CA 94592-1123
707 556 3099
888 688 4170 (e-fax)
jducharme@pacbell.net
Attorney for Plaintiff Timothy M. Callison

Claudia M. Quintana SBN 178613
Frank Frank A. Splendorio SBN  272601
Office of the City Attorney,
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
frank.splendorio@cityofvallejo.net
Attorney for Defendant City of Vallejo

Dale L. Allen, Jr. SBN 145279
Allen, Glaessner, Hazelwood and Werth
180 Montgomery St Ste 1200
San Francisco, CA 94104
415 697-3456
415 813 2045
dallen@aghwlaw.com
Attorney for Defendant County of Napa,
City of American Canyon, Officer Schneider

Jerome M. Varanini SBN 58531
Law Offices of Jerome M. Varanini
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
P.O. Box 590
Sacramento, CA 95812-0590
(916) 993-4868
jvaranini@tsvlaw.com
Attorney for Defendant California Forensic Medical Group (CFMG)

## **STIPULATION**

1.  The parties, Plaintiff Timothy M. Callison and Defendants City of American Canyon, City of Vallejo, County of Napa and Officer Brett Schneider, and California Forensic Medical Group (CFMG) by and through their designated counsel, pursuant to Local Rule 144(a) and Federal Rule of Civil Procedure 6, hereby submit their Joint Stipulation to Alter the Pretrial Scheduling Order in this matter.

2.  Subject to the Court's approval, the parties propose the Court vacate the pretrial scheduling Order filed herein March 9, 2016 (Document 25) and reschedule all of the dates contained therein, including the trial date, seven months out.  This would be the second Pretrial rescheduling in this case.

3.   Subject to the Court's approval, the parties propose the Court modify the Order of Magistrate Judge Deborah Barnes filed herein December 30, 2016 (Document 39), compelling Plaintiff's deposition within 35 days of Defense Counsel arranging for said deposition to take place at the Solano County Claybank Detention Facility, in Fairfield, California, and that the imposition of sanctions continue to be held in abeyance pending plaintiff's appearance at his deposition in compliance with the modified order.

Case No: 2:15-cv-00116 –WBS-DB   STIPULATION TO ALTER PRETRIAL SCHEDULING ORDER; MODIFICATION OF ORDER COMPELLING DEPOSITION AND [PROPOSED] ORDER

Page 1

4. The proposed vacation of the current Pre-Trial Order and scheduling of new Pretrial dates and trial is necessary and good cause exists for the requested stipulation.

5. The proposed modification of the Order compelling plaintiff's deposition is necessary and good cause exists for the requested stipulation.

6. Plaintiff 's counsel, James A. Du Charme, on December 21, 2016, filed his petition to be relieved as attorney of record for plaintiff (Documents 33 – 36).  Plaintiff's counsel only learned on Friday January 20, 2017, that plaintiff is incarcerated at the Solano County Claybank Detention Facility, 2500 Claybank Road, Fairfield, California, and would not be present at the hearing for the petition to withdraw scheduled for January 23, 2016. In the absence of plaintiff appearance at the hearing, the Court did not rule on the petition.

7. On December 20, 2016, plaintiff filed a substitution of counsel (Document 31) relieving James A. Du Charme, and appearing in pro per.  Deemed insufficient, plaintiff's counsel followed this with the petition to withdraw on December 21, 2016, mentioned above.  Plaintiff's counsel has represented that as recently as January 22, 2017, plaintiff has stated he does not object to counsel withdrawing, and that he will seek new representation upon his release from detention which he anticipates to be March 6 or 7, 2017, following the Solano County Superior Court hearing scheduled for March 3, 2017, whereat plaintiff expects a probation report.

8. Plaintiff's counsel has proposed a rescheduling of the Pre-Trial Order and Trial of seven months as being a reasonable time within which plaintiff can locate new representation, if he so desires, and for that new counsel to fully acquaint himself or herself with the case.  Defendants do not object to this proposed rescheduling.

9. Pursuant to the Order compelling plaintiff's deposition (Document 39), above, Defendant City of Vallejo, timely noticed plaintiff's deposition for January 30, 2017, to take place at the Offices of the City Attorney for Vallejo.

10. Plaintiff's incarceration until at least March 6 or 7 makes his attendance at the scheduled deposition on January 30, 2017, not possible.

Case No: 2:15-cv-00116 –WBS-DB    STIPULATION TO ALTER PRETRIAL SCHEDULING ORDER; MODIFICATION OF ORDER COMPELLING DEPOSITION AND [PROPOSED] ORDER

Page 2

11. Defendants do not object to rescheduling plaintiff's deposition, on the conditions 1) that the Order compelling the deposition of plaintiff is modified to allow the same and 2) provided that plaintiff's deposition is taken during the time plaintiff remains incarcerated at the Solano County Claybank Detention Facility, otherwise the sanctions shall be imposed.

12. This is a civil rights matter (allegations of excessive force), with a denial of medical care and personal injury components, it has numerous witnesses, including medical providers.

13. Counsel for plaintiff has requested he be relieved as attorney of record and plaintiff does not object.  Plaintiff has indicated he intends to seek new representation upon his release from detention. Additional time will be need to locate new counsel, for that counsel to become familiar with the case and for the completion of discovery before trial.

14. The parties are agreed plaintiff's deposition should go forward while plaintiff is in detention, as soon as arrangements can be made with the authorities at the detention facility.

15. Therefore, the parties respectfully submit good cause exists to vacate the pretrial scheduling Order filed herein March 9, 2016 (Document 25) and reschedule all of the dates contained therein, including the trial date, seven months out; and

16.  Modify the Order of Magistrate Judge Deborah Barnes filed herein December 30, 2016 (Document 39), compelling Plaintiff's deposition within 35 days of Defense Counsel arranging for said deposition to take place at the Solano County Claybank Detention Facility, in Fairfield, California, and that the imposition of sanctions continue to be held in abeyance pending plaintiff's appearance at his deposition in compliance with the modified order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Case No: 2:15-cv-00116 –WBS-DB   STIPULATION TO ALTER PRETRIAL SCHEDULING ORDER; MODIFICATION OF ORDER COMPELLING DEPOSITION AND [PROPOSED] ORDER

Page 3

Respectfully submitted,

DATED:  February 3, 2017                /s/ *Frank A. Splendorio*
                                        FRANK A. SPLENDORIO
                                        Deputy City Attorney
                                        Attorney for Defendant,
                                        CITY OF VALLEJO


DATED:  February 3, 2017                /s/ *James A. Du Charme*
                                        JAMES A. DU CHARME
                                        DU CHARME & COHEN
                                        Attorney for Plaintiff,
                                        TIMOTHY M. CALLISON


DATED:  February 3, 2017                /s/ *Dale L. Allen*
                                        DALE L. ALLEN
                                        ALLEN, GLAESSNER, HAZELWOOD & WERTH
                                        Attorney for Defendants,
                                        COUNTY OF NAPA, CITY OF AMERICAN
                                        CANYON AND OFFICER SCHNEIDER


DATED:  February 3, 2017                /s/ *Jerome M. Varanini*
                                        JEROME M. VARANINI
                                        LAW OFFICES OF JEROME M. VARANINI
                                        Attorney for Defendant
                                        CALIFORNIA FORENSIC MEDICAL GROUP


   I hereby attest / certify that I have been authorized by the above named counsel, Dale L. Allen, Frank A. Splendorio and Jerome M. Varanini, to file this **JOINT STIPULATION TO ALTER / VACATE PRETRIAL SCHEDULING ORDER; MODIFY ORDER COMPELLING DEPOSITION OF PLAINTIFF AND [PROPOSED] ORDER.**

Executed on this February 3, 2017, at Vallejo, California.

                                        __s/_*James A. Du Charme*___
                                        James A. Du Charme

Case No: 2:15-cv-00116 –WBS-DB                STIPULATION TO ALTER PRETRIAL
                                               SCHEDULING ORDER; MODIFICATION OF
                                               ORDER COMPELLING DEPOSITION AND
                                               [PROPOSED] ORDER

                                                                       Page 4

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The pretrial scheduling order filed March 9, 2016 (Document 25) is **modified** as follows:

1. Plaintiff may file an amended complaint adding additional defendants by no later than October 23, 2017.
2. All discovery, including depositions for preservation of testimony shall be completed by November 27, 2017.
3. The parties shall disclose experts and produce reports in accordance with FRCP 26(a)(2) by September 25, 2017.
4. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced by October 24, 2017.
5. All motions to compel discovery must be noticed on the magistrate judge's calendar by November 27, 2017.
6. Dispositive Motions filed by January 26, 2018.
7. The **Final Pretrial Conference is set for April 9, 2018 at 01:30 PM** in Courtroom 5 (WBS) before Senior Judge William B. Shubb.
8. The **Jury Trial is set for June 12, 2018 at 09:00 AM** in Courtroom 5 (WBS) before Senior Judge William B. Shubb.
9. The parties shall comply with the pretrial order filed March 9, 2016 (Document 25) for all further details.

///
///
///
///
///
///

Case No: 2:15-cv-00116 –WBS-DB    STIPULATION TO ALTER PRETRIAL SCHEDULING ORDER; MODIFICATION OF ORDER COMPELLING DEPOSITION AND [PROPOSED] ORDER

Page 5

The Order of Magistrate Judge Deborah Barnes filed herein December 30, 2016 (Document 39), is modified to read:  Plaintiff's deposition shall be taken within 35 days of Defense Counsel arranging for said deposition to take place at the Solano County Claybank Detention Facility, in Fairfield, California, and that the imposition of sanctions continue to be held in abeyance pending plaintiff's appearance at his deposition in compliance with this modified order.

Dated:  February 9, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE