DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendants
CITY OF AMERICAN CANYON, COUNTY OF NAPA,
and OFFICER SCHNEIDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| TIMOTHY M. CALLISON, | Case No.: 2:15-cv-00116-WBS-DB |
| Plaintiff, | ORDER DISMISSING ALL CLAIMS |
| v. | |
| CITY OF AMERICAN CANYON, CITY OF VALLEJO, COUNTY OF NAPA, OFFICER SCHNEIDER, | |
| Defendants. | |

Pursuant to stipulation by all parties, plaintiff dismisses with prejudice all claims.

In return for the dismissal with prejudice the Defendants agree to waive all recoverable attorney fees and costs and any other appropriate sanctions outstanding that would otherwise attach for this dismissal with prejudice.

IT IS SO ORDERED.

Dated: October 30, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FOR DISMISSAL
2:15-CV-00116-WBS-DB